Timothy Elijah JOHNSON

v.

STATE

CR-13-1435

Court of Criminal Appeals of Alabama.

03/06/2015

Reh. denied 03/27/2015

Affirmed

■

C.Z.W.

v.

STATE

CR-13-1436

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

■

Alonzo MILLER III

v.

STATE

CR-13-1447

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Kenneth Leon MORROW

v.

STATE

CR-13-1448

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

■

Larry Jerome SHOOTS

v.

STATE

CR-13-1449

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed